IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARK STINSON**                                                                                          **PETITIONER**
*ADC #29908-076*

v.                              **CASE NO. 2:21-CV-00164-BSM-ERE**

**JOHN P. YATES,** *Warden*                                                              **RESPONDENT**

## ORDER

After careful review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 2] is adopted. Mark Stinson's petition [Doc. No. 1] is dismissed without prejudice. Stinson's motion to dismiss [Doc. No. 3] is denied as moot.

IT IS SO ORDERED this 28th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE