IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARK STINSON**                                                                                      **PETITIONER**
*ADC #29908-076*

v.                            CASE NO. 2:21-CV-00164-BSM-ERE

**JOHN P. YATES,** *Warden*                                                                     **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 28th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE